# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| AFTER MOVIE II, LLC, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>WIDEOPENWEST FINANCE, LLC,<br>Defendant. | Case No.: 2:24-mc-50204-LVP-APP<br><br>**NOTICE OF APPEARANCE OF JOEL BERNIER** |

## NOTICE OF APPEARANCE OF JOEL BERNIER

PLEASE TAKE NOTICE that Joel Bernier of Boroja, Bernier & Associates, PLLC hereby enters his appearance on behalf of Plaintiffs AFTER MOVIE II, LLC, BADHOUSE STUDIOS, LLC, BODYGUARD PRODUCTIONS, INC., DALLAS BUYERS CLUB, LLC, HANNIBAL CLASSICS INC., LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., PARADOX STUDIOS, LLC, RAMBO V PRODUCTIONS, INC., SCREEN MEDIA VENTURES, LLC, VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, WONDER ONE, LLC, HITMAN TWO PRODUCTIONS, INC., and CINELOU FILMS, LLC in the above captioned matter.

DATED: Shelby Township, MI, March 19, 2024.

20-0231A3

2

                                                Boroja, Bernier & Associates, PLLC
                                                /s/ Joel Bernier
                                                Joel A. Bernier (P74226)
                                                Boroja, Bernier & Associates, PLLC
                                                49139 Schoenherr
                                                Shelby Township, MI 48315
                                                T: 586-991-7611
                                                F: 586-991-7612
                                                Email: Bbclawgroup@gmail.com
                                                *Attorney for Plaintiff*

20-0231A3