# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| AFTER II MOVIE, LLC, et al, | ) |
| Plaintiffs, | ) Case No. 2:24-mc-50204-LVP-APP |
| v. | ) |
| WIDEOPENWEST FINANCE, LLC, | ) |
| Defendant. | ) |

## ORDER ON PLAINTIFF'S MOTION TO COMPEL NONPARTIES TO RESPOND TO SUBPOENA

THIS CAUSE came before the Court upon Plaintiffs' Motion to Compel Nonparties to Respond to Subpoena [Doc. #1], and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiffs' Motion is granted.  The nonparties shall file a response to the subpoena within 5 business days disclosing all the requested information without any objections. Failure to comply with this Order may result in a finding of contempt of Court, pursuant to Fed. R. Civ. P. 45(g).  <u>Plaintiff must forthwith file a sealed but unredacted certificate of service demonstrating that this order has been served on all of the nonparties identified in ECF No. 4.</u>

**SO ORDERED** this 18th day of July, 2024.

_____
**Anthony P. Patti**

1

**U.S. Magistrate Judge**